IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 5:24-cr-04021-LTS-KEM |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO EXTEND DEADLINES** |
| DENNIS LAWSON, | |
| Defendant. | |

Comes now the above-named, Defendant, by and through the undersigned attorney and moves this Court for an order extending the deadline to file motions pursuant to Federal Rules of Criminal Procedure 29 and 33, to January 9, 2026. In support of this motion, counsel states as follows:

1. On November 25, 2025 a jury verdict was entered against the Defendant in the above-entitled matter.

2. Defendant intends to file motions pursuant to F.R.Cr.P. 29 and 33.

3. Counsel intends to order copies of transcripts of the trial proceeding, (previously ordered by counsel for codefendant Coates), in support of the aforementioned motions.

4. Counsel anticipates that production of the transcripts will be delayed due to the length of the trial in this matter.

5. The Court has previously granted codefendant Coates a delay in the filing of the aforementioned motions to January 9, 2026. (Doc 202).

6. Counsel is authorized state that counsel for defendant Coates and the government do not oppose this motion.

WHEREFORE, Defendant respectfully requests that the deadline to file Rule 29 and 33 motions be extended to January 9, 2026.

Dated this 6th day of December, 2025.

          **BANGS, MCCULLEN, BUTLER,**
          **FOYE & SIMMONS, LLP**

          */s/ Rick L. Ramstad*

          Rick L. Ramstad
          6340 S. Western Ave., Suite 160
          Sioux Falls, SD 57108
          T: 605-339-6800
          rramstad@bangsmccullen.com
          Attorney for Defendant

*Certificate of Service*

I hereby certify that on the date set forth in this document, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

**BANGS, MCCULLEN, BUTLER,**
**FOYE & SIMMONS, LLP**

*/s/ Rick L. Ramstad*

Rick L. Ramstad