IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 5:24-cr-04021-LTS-KEM |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO EXTEND POST-TRIAL MOTIONS DEADLINES |
| DENNIS LAWSON, | |
| Defendant. | |

COMES NOW, the above-named Defendant, by and through the undersigned attorney moves this Court for an Order extending the deadline to file post-trial motions as established by Order of the Court dated December 15, 2025, made upon the motion of counsel for Defendant Coates. (Doc. 201). In support of this motion, Counsel states as follows:

1. Post-trial motions pursuant to F.R.Cr.P. 29(c)(1) and F.R.Cr.P. 33(b)(2) are due on January 9, 2025.

2. Court reporter, Shelly Semmler, estimates that the transcripts of the trial ordered in this matter will not be completed prior to the deadline to file post-trial motions.

3. The transcripts comprise an 11-day trial and will exceed 2,000 pages.

4. Based upon the estimate of the court reporter, the transcripts will not be completed within the next 30 days.

5. Counsel for codefendant Coats, and the government do not oppose this motion.

WHEREFORE, Defendant respectfully requests that the deadline to file post-

1

trial motions be extended for a period of 45 days, from January 9, 2026 to February 23, 2026.

Dated this 31st day of December, 2025.

**BANGS, MCCULLEN, BUTLER, FOYE & SIMMONS, LLP**

_____
Rick L. Ramstad
5048 East 57th St., Suite B
Sioux Falls, SD 57108
T: 605-339-6800
rramstad@bangsmccullen.com
Attorney for Defendant

*Certificate of Service*

I hereby certify that on the date set forth in this document, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

BANGS, MCCULLEN, BUTLER, FOYE & SIMMONS, LLP

_____
Rick L. Ramstad